UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMA RUIZ, a/k/a NORMA FONTAIN )
                Plaintiff, )
                 )
    v. )        CIVIL ACTION
                 )        NO. 12-cv-40069-TSH
THE PRINCIPAL FINANCIAL GROUP d/b/a )
PRINCIPAL LIFE INSURANCE COMPANY, )
et al., )
                Defendants. )
                 )

**ORDER ON PLAINTIFF'S MOTION FILED AT DOCUMENT #79**
**January 27, 2014**

**Hennessy, M.J.**

      Pursuant to 28 U.S.C. § 636(b)(1)(A), and an order of referral (Docket #62), this matter was referred to me for a ruling on Plaintiff's Renewed Motion and Resubmission of Plaintiff (sic) Motion for Reconsideration; Motion to Set Aside Order to Show Cvause (sic) of December 10, 2014 (sic); Motion to Partially Strike Order of December 10, 2013; Renewed Motion for Enlargment (sic) of Time to Conduct Discovery due to Ineffective Assitance (sic) of Counsel and Renewed Motion for Extension of Time to Retain New Counsel (Document #79).

      Although this motion is styled as a renewed motion for the relief sought in Plaintiff's motion filed at Document #61, it was filed before the Court ruled on Document #61 (addressed for the first time in this order).  There is no reason to renew a pending motion on which the Court has not ruled.  The Court treats this renewed motion as a motion for reconsideration and finds there is no reason to invoke this "extraordinary remedy."  <u>Palmer v. Champion Mortg.</u>, 465 F.3d 24, 30 (1st Cir. 2006).  The motion to reconsider is DENIED.

So ordered.

>*/s/ David H. Hennessy*
>David H. Hennessy
>United States Magistrate Judge