# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMA RUIZ, a/k/a NORMA FONTAIN )<br>           Plaintiff,                              )<br>                                                        )<br>     v.                                                )<br>                                                        )<br>THE PRINCIPAL FINANCIAL GROUP d/b/a )<br>PRINCIPAL LIFE INSURANCE COMPANY, )<br>et al.,                                                 )<br>           Defendants.                          )<br>                                                        ) | **CIVIL ACTION**<br>**NO. 12-cv-40069-TSH** |

## ORDER ON PLAINTIFF'S MOTION FILED AT DOCUMENT #92
### January 27, 2014

**Hennessy, M.J.**

Pursuant to 28 U.S.C. § 636(b)(1)(A), and an order of referral (Docket #62), this matter was referred to me for a ruling on Plaintiff's [Renewed] Motion and Resubmission of Plaintiff's Motion for Reconsideration; Motion to Set Aside Order to Show Cvause (sic) of December 10, 2014 (sic); Motion to Partially Strike Order of December 10, 2013; Renewed Motion for Enlargment (sic) of Time to Conduct Discovery due to Ineffective Assitance (sic) of Counsel and Renewed Motion for Extension of Time to Retain New Counsel (Document #92).

Substantively, this motion is the same as Document #61 and Document #79. Plaintiff apparently filed this motion because she did not see Document #79 on the public docket (e.g., at page 2, Plaintiff argues: "upon review of the docket record, inexplicably the Motion [#79] has not been docketed and there is no other record of the Motion being filed"). However, Plaintiff filed Document #79 "ex parte," and that is why it does not appear on the public docket. In any event, the merits of this motion are addressed in the Court's ruling on Documents #61 and #79.

This motion is DENIED.

So ordered.

>                          */s/ David H. Hennessy*
>                          David H. Hennessy
>                          United States Magistrate Judge