**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NORMA RUIZ, a/k/a NORMA FONTAIN )<br>                Plaintiff, )<br>                )<br>    v.                )<br>                )<br>THE PRINCIPAL FINANCIAL GROUP d/b/a )<br>PRINCIPAL LIFE INSURANCE COMPANY, )<br>et al., )<br>                Defendants. )<br>                ) | **CIVIL ACTION**<br>**NO. 12-cv-40069-TSH** |

**ORDER ON PLAINTIFF'S MOTION FILED AT DOCUMENT #94**
**January 27, 2014**

**Hennessy, M.J.**

Pursuant to 28 U.S.C. § 636(b)(1)(A), and an order of referral (Docket #62), this matter was referred to me for a ruling on Plaintiff (sic) Opposition to the Filing by Attorney Maria Rivera-Ortiz of Attorney Client Privileged Communication and Attorney Client Privileged Documents (Document #94).

Despite the styling of this pleading, it is more than just an opposition. The Court has already allowed the motion to file additional evidence under seal by Attorney Maria Rivera-Ortiz (Docket #75), just as the Court allowed Plaintiff the same opportunity to file additional evidence under seal (Docket #76). However, this pleading also contains a motion for relief that the Court should find attorneys Maria Rivera-Ortiz and Scott Sinrich in violation of attorney-client privilege. The motion for that finding is DENIED, as all privileged communications were received and remain under seal. There has been no violation of the attorney-client privilege.

1

So ordered.

                                            */s/ David H. Hennessy*
                                            David H. Hennessy
                                            United States Magistrate Judge